Certificate Number: 05781-TNW-DE-041516284

Bankruptcy Case Number: 23-23599

05781-TNW-DE-041516284

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2026, at 5:52 o'clock PM PDT, James Cross Jr. completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Tennessee.

Date: October 2, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President